■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD BLANC, Appellant. [990 NYS2d 872]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (R. Doyle, J.), imposed on August 23, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

As the prosecution concedes, the defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Hall, Miller and LaSalle, JJ., concur.